UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.: 11-00723-001 |
| JOSE FIGUEROA, | ) | ORDER |
| *Defendant.* | ) | |

Defendant, Jose Figueroa has been sentenced on April 11, 2012 and been ordered to surrender to the custody of the U.S. Marshall at Lewisburg Correctional Institution on May 28, 2012. Counsel has requested an extension of the surrender date and to be allowed to serve his time at Minersville Correctional Facility. AUSA Mendelsohn has no objection.

It is this 22 day of May, 2012,

ORDERED THAT:

Defendant Jose Figueroa is granted an extension of time to surrender on June 11, 2012 and must serve his sentence at Lewisburg Correctional Institution. or as designated by the Bureau of Prisons.

_____
SUSAN D. WIGENTON, US District Judge